**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00002-CV

### PILOT TRAVEL CENTERS, LLC, ET AL, Appellants

### V.

### JOAN MCCRAY, ET AL, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09096-M**

## ORDER

By letter dated May 9, 2013, the Court requested that Gary Fitzsimmons, Dallas County District Clerk, file a supplemental clerk's record containing the trial court's Order on Defendant Pilot Travel Centers, LLC's Motion for Court to Vacate Order Granting Plaintiff's Judgment Nunc Pro Tunc. The trial court signed this order on May 1, 2013. The supplemental clerk's record was due in this Court on May 14, 2013. As of today's date, the requested supplemental clerk's record has not been filed. Accordingly, we **ORDER** Gary Fitzsimmons to file, **ON OR BEFORE MAY 24, 2013**, a supplemental clerk's record containing the above-mentioned trial court order.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Mr. Fitzsimmons and all counsel of record.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE